No. 90–246. DORRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–328. BODIMETRIC HEALTH SERVICES, INC., ET AL. v. AETNA LIFE & CASUALTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–372. GIGANTE v. RUNSHIP, LTD., ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–396. HAWKINS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 90–457. GRAHAM v. NEW YORK DEPARTMENT OF CIVIL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–463. MCCALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–530. ROUND TABLE PIZZA, INC., ET AL. v. LARSON. C. A. 9th Cir. Certiorari denied.

No. 90–543. GIANNINI v. REAL, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–628. MCMAHON v. ASCHMANN. Sup. Ct. App. W. Va. Certiorari denied.

No. 90–635. NAVAJO TAX COMMISSION v. PITTSBURGH & MIDWAY COAL MINING CO. C. A. 10th Cir. Certiorari denied.

No. 90–637. GRACEY v. REIGLE. C. A. 3d Cir. Certiorari denied.

No. 90–638. BABIGIAN v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–639. REUSCH v. SEABOARD SYSTEM RAILROAD CO. Sup. Ct. Ala. Certiorari denied.